IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROTHSCHILD DIGITAL CONFIRMATION, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ACUMATICA, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 19-1108-MN<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT ACUMATICA, INC.'S MOTION TO DISMISS

Defendant Acumatica, Inc. respectfully moves the Court to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b) as the claims of the Asserted Patent are not patent eligible under 35 U.S.C. § 101 and for failure to state a claim upon which relief can be granted. The grounds for this motion are fully set forth in Defendant's opening brief filed concurrently herewith.

| | |
|---|---|
| Dated: September 5, 2019<br><br><br><br><br>OF COUNSEL<br><br>WILLKIE FARR & GALLAGHER LLP<br><br>Eugene Chang<br>M. Diana Danca<br>787 Seventh Avenue<br>New York, NY 10019<br>(212) 728-8000 | PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A.<br><br>*/s/ John C. Phillips, Jr.*<br>John C. Phillips, Jr. (#110)<br>Megan C. Haney (#5016)<br>1200 North Broom Street<br>Wilmington, DE 19806<br>(302) 655-4200<br>jcp@pgmhlaw.com<br>mch@pgmhlaw.com<br><br>*Attorneys for Defendant* |