# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROTHSCHILD DIGITAL CONFIRMATION, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ACUMATICA, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 19-1108-MN<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### [PROPOSED] ORDER] GRANTING DEFENDANT ACUMATICA, INC.'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

At Wilmington this ____ day of _____, 2019, having considered Defendant Acumatica, Inc.'s Motion to Dismiss;

IT IS HEREBY ORDERED that the motion to dismiss is GRANTED and Plaintiff's First Amended Complaint is dismissed with prejudice.

_____
United States District Judge