IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INNOVATIVE GLOBAL SYSTEMS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 19-641 (MN) |
| KEEP TRUCKIN, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| INNOVATIVE GLOBAL SYSTEMS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 19-1708 (MN) |
| SAMSARA NETWORKS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| ROTHSCHILD DIGITAL CONFIRMATION, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 19-1108 (MN) |
| v. | ) | |
| | ) | |
| ACUMATICA, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| ROTHSCHILD DIGITAL CONFIRMATION, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 19-1109 (MN) |
| v. | ) | |
| | ) | |
| COMPANYCAM, INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | |
|---|---|
| ROTHSCHILD DIGITAL CONFIRMATION, LLC,<br><br>     Plaintiff,<br><br>     v.<br><br>TEAMCONNECT, LLC,<br><br>     Defendant. | )<br>)<br>)<br>)<br>) C.A. No. 19-1603 (MN)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

At Wilmington this 20th day of December 2019:

WHEREAS, the Court has received numerous motions challenging one or more claims of the patent(s)-in-suit in the above-captioned actions as being directed to patent-ineligible subject matter under 35 U.S.C. § 101 (hereinafter "101 Motions");

WHEREAS, the Court believes certain efficiencies in resolving 101 Motions might be attainable by hearing argument on multiple such motions at essentially the same time; and

WHEREAS, the Court seeks to use its limited resources in a manner that may promote "the just, speedy, and inexpensive determination of every action and proceeding" (FED. R. CIV. P. 1).

THEREFORE, IT IS HEREBY ORDERED that:

1. The Court will hear argument on the following 101 Motions at a combined hearing on February 21, 2020 from 9:00 a.m. to 1:00 p.m. and from 3:00 p.m. to 5:00 p.m.:

| CIVIL ACTION | MOTION |
|---|---|
| C.A. No. 19-641 (MN)<br>*Innovative Global Systems, LLC v. Keep Truckin, Inc.* | Keep Truckin, Inc.'s Motion to Dismiss for Failure to State a Claim<br>(D.I. 9) |
| C.A. No. 19-1708 (MN)<br>*Innovative Global Systems, LLC v. Samsara Networks, Inc.* | Samsara Networks, Inc.'s Motion to Dismiss for Failure to State a Claim<br>(D.I. 7) |

2

| CIVIL ACTION | MOTION |
|---|---|
| C.A. No. 19-1108 (MN)<br>*Rothschild Digital Confirmation, LLC v. Acumatica, Inc.* | Acumatica, Inc.'s Motion to Dismiss for Failure to State a Claim<br><br>(D.I. 10) |
| C.A. No. 19-1109 (MN)<br>*Rothschild Digital Confirmation, LLC v. CompanyCam, Inc.* | CompanyCam, Inc.'s Motion to Dismiss Based upon Claims of the Asserted Patent Are Not Patent Eligible<br><br>(D.I. 10) |
| C.A. No. 19-1603 (MN)<br>*Rothschild Digital Confirmation, LLC v. TeamConnect, LLC* | Acumatica, Inc.'s Motion to Dismiss for Failure to State a Claim Under Rule 12(b)(6) and 35 U.S.C. § 101<br><br>(D.I. 8) |

2.  The hearing will be held in Courtroom 4A. Each party in each of the above-captioned actions must be represented by at least one attorney for the entire duration of the hearing.[1] The Court may call for argument on any of the 101 Motions at any time during the hearing.

3.  On or before February 14, 2020, each party in each action shall file a one-page letter informing the Court of which single Supreme Court or Federal Circuit case is most similar to the challenged claim(s), and the parties shall NOT include more than one case in these letters. That is, each party is to identify which case provides the best analogy if this Court is to compare the claim(s) at issue in the 101 Motion to claims previously found to be patent (in)eligible by a higher court.

---

[1] Defendants in the two Innovative Global cases (*i.e.*, C.A. Nos. 19-641 and 19-1708) shall coordinate so as to present only one argument on the 101 Motions at the hearing. Similarly, Defendants in the Rothschild Digital cases (*i.e.*, C.A. Nos. 19-1109, 19-1108 and 19-1603) shall coordinate so as to present only one argument on the 101 Motions at the hearing. The Court will also hear argument on the *Iqbal / Twombly* issues raised in Defendant Samsara Networks, Inc.'s motion in C.A. No. 19-1708 and in Defendant Acumatica, Inc.'s motion in C.A. No. 19-1108.

                                                                                                   _____
The Honorable Maryellen Noreika
United States District Judge