IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROTHSCHILD DIGITAL CONFIRMATION, LLC, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) C.A. No. 19-1108-MN<br>) |
| ACUMATICA, INC., *et al*, | ) **CONSOLIDATED**<br>) |
| Defendants. | ) |

**STIPULATION FOR EXTENSION OF TIME**

The parties hereby stipulate and agree, subject to the approval of the Court, that the deadline to submit a proposed protective order is extended to February 27, 2020.

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis (No. 4606)
Richard Charles Weinblatt (No. 5080)
STAMOULIS & WEINBLATT LLC
800 N. West Street, Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com
*Attorneys for Plaintiffs*

*/s/ Megan C. Haney*
John C. Phillips, Jr. (No. 110)
Megan C. Haney (No. 5016)
PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A.
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pgmhlaw.com
mch@pgmhlaw.com
*Attorney for Defendant Acumatica, Inc.,*

*/s/ Andrew E. Russell*
Karen E. Keller (No. 4489)
Jeff Castellano (No. 4837)
Andrew E. Russell (No. 5328)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
jcastellano@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendants EPay Systems, Inc. and CompanyCam, Inc.*

| | |
|---|---|
| */s/ Gerard M. O'Rourke* | */s/ David Ellis Moore* |
| Gerard M. O'Rourke (No. 3265) | David Ellis Moore (No. 3983) |
| O'ROURKE LAW OFFICE, LLC | Stephanie E. O'Byrne (No. 4446) |
| 1201 N. Orange Street | Bindu Ann George Palapura (No. 5370) |
| Suite 7260 | Tracey E. Timlin (No. 6469) |
| Wilmington, DE 19801-1186 | POTTER ANDERSON & CORROON, LLP |
| (484) 770-8046 | 1313 N. Market St., Hercules Plaza |
| gorourke@orourkefirm.com | 6th Floor |
| *Attorneys for Defendant TeamConnect, LLC* | P.O. Box 951 |
| | Wilmington, DE 19899-0951 |
| | (302) 984-6000 |
| | bpalapura@potteranderson.com |
| | dmoore@potteranderson.com |
| | sobyrne@potteranderson.com |
| | ttimlin@potteranderson.com |
| | *Attorneys for Defendant Mize, Inc. and Replicon Software, Inc.* |

Dated: February 6, 2020

SO ORDERED this _____ day of _____, 2020.

_____
United States District Judge