

February 14, 2020                                                         Stamatios Stamoulis
                                                                                                     stamoulis@swdelaw.com

<u>VIA HAND DELIVERY AND CM/ECF</u>
The Hon. Maryellen Noreika
United States District Court
844 N. King Street, Unit 26
Wilmington, DE 19801

                      **RE:** *Rothschild Digital Confirmation, LLC v. Acumatica, Inc.,* **C.A. No. 19-1108-MN**

Dear Judge Noreika,

       I write on behalf of Plaintiff Rothschild Digital Confirmation in the above-captioned action to identify the single most similar case to the claims at issue in advance of the upcoming hearing (D.I. 15).  The Federal Circuit case most similar to the above-captioned case is *Ancora Technologies, Inc. v. HTC America, Inc.,* 908 F.3d 1343 (Fed.Cir. 2018).

       There, the panel in *Ancora* held that such claims were patent eligible because they related to "a particular arrangement of elements" that "is a technical improvement over the prior art." *See Ancora,* at 1349.  The Federal Circuit explained that "claim 1 of the…patent is directed to a solution to a computer-functionality problem: an improvement in computer functionality that has the specificity to transform a claim from claiming only a result to one claiming a way of achieving it." *Id.* (internal citations and quotations omitted).

       As in *Ancora,* the claims at issue here solved a problem in the prior art of digital technology – namely that digital technology made secure association of information with images more difficult.  *See* '872 patent at Col. 1:57-60.  Indeed, the arrangement of steps to accomplish the task of securely associating information with images is claimed with specificity in the claims, as in *Ancora*.   The claims at issue here are patent eligible like the claims in *Ancora*.

                                                                                               Respectfully,

                                                                                           Stamatios Stamoulis (#4606)
                                                                                           *Counsel for Plaintiffs*

cc: Counsel of Record (via <u>CM/ECF</u>)