**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ROTHSCHILD DIGITAL CONFIRMATION, LLC, )<br>)<br>)<br>Plaintiff,       )<br>)<br>v.                        )<br>)<br>ACUMATICA, INC.        )<br>)<br>Defendant.    ) | C.A. No. 19-1108-MN<br>(Consolidated)<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION AND [PROPOSED] ORDER STAYING ALL DEADLINES WITH
RESPECT TO REPLICON SOFTWARE, INC.**

WHEREAS, Plaintiff Rothschild Digital Confirmation, LLC and Defendant Replicon Software, Inc. (together, "the parties") have reached an agreement in principle for the resolution of this action; and

WHEREAS, the parties require additional time to finalize the terms of a written settlement agreement;

WHEREAS, the parties have conferred and agreed that a temporary stay of this action under the circumstances is in the best interest of all parties and promotes judicial economy;

NOW THEREFORE, it is hereby stipulated and agreed, subject to and upon the approval of the Court, that all deadlines in this case shall be stayed for an additional thirty (30) days from the date of the Court's order, while the parties finalize the terms of their agreement to settle this matter. At or before the conclusion of the thirty (30) day period, the parties will either file a stipulation of dismissal or inform the Court of the status of possible resolution.

|  |  |
|---|---|
|  | Respectfully submitted, |
| STAMOULIS & WEINBLATT LLC | POTTER ANDERSON & CORROON LLP |
| By: */s/ Stamatios Stamoulis* <br> Stamatios Stamoulis (#4606) <br> Richard C. Weinblatt (#5080) <br> 800 N. West Street, Third Floor <br> Wilmington, DE  19801 <br> Tel:  (302) 999-1540 <br> stamoulis@swdelaw.com <br> weinblatt@swdelaw.com | By: */s/ Stephanie E. O'Byrne* <br> David E. Moore (#3983) <br> Bindu A. Palapura (#5370) <br> Stephanie E. O'Byrne (#4446) <br> Tracey E. Timlin (#6469) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE  19801 <br> Tel:  (302) 984-6000 <br> dmoore@potteranderson.com <br> bpalapura@potteranderson.com <br> sobyrne@potteranderson.com <br> ttimlin@potteranderson.com |
| *Attorney for Plaintiff Rothschild Digital Confirmation, LLC* | *Attorneys for Defendant Replicon Software, Inc.* |

Dated:  February 18, 2020
6564258 / 49554

    IT IS SO ORDERED, this _____ day of _____ 2020.

                                                          _____
                                                                    U.S.D.J.