# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROTHSCHILD DIGITAL CONFIRMATION, LLC, | ) ) ) |
| Plaintiff, | ) C.A. No. 1:19-cv-01108-MN ) |
| v. | ) ) |
| ACUMATICA, INC., | ) ) |
| Defendant. | ) |

## SITPULATION FOR DISMISSAL

Plaintiff Rothschild Digital Confirmation, LLC ("RDC") and Defendant Acumatica, Inc. ("Defendant"), subject to the approval by the Court, hereby stipulate and agree to dismiss all claims and counterclaims brought forth in this action with prejudice pursuant to Fed. R. Civ. P. 41(a).

Therefore, RDC and Defendant hereby request dismissal of this action with prejudice.

Dated: March 10, 2020

By: /s/ *Stamatios Stamoulis*
Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
800 N West Street, Third Floor
Wilmington, DE 19801
Tel: (302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

*Attorneys for Plaintiff Rothschild Digital Confirmation, LLC*

PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A.

        */s/ Megan C. Haney*
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pgmhlaw.com
mch@pgmhlaw.com

*Attorneys for Defendant Acumatica, Inc.*

IT IS SO ORDERED this _____ day of _____, 2020.

        _____
The Honorable Maryellen Noreika
United States District Court Judge

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 10, 2020.

*/s/  Stamatios Stamoulis*