IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROTHSCHILD DIGITAL CONFIRMATION, LLC, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 19-1108-MN ) |
| ACUMATICA, INC., *et al*, | ) **CONSOLIDATED** ) |
| Defendants. | ) ) |

**STIPULATION FOR EXTENSION OF TIME**

The parties hereby stipulate and agree, subject to the approval of the Court, that the deadline to submit a joint status report regarding the defendants that did not move to dismiss is extended to March 27, 2020.

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis (No. 4606)
Richard Charles Weinblatt (No. 5080)
STAMOULIS & WEINBLATT LLC
800 N. West Street, Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com
*Attorneys for Plaintiffs*


*/s/ Gerard M. O'Rourke*
Gerard M. O'Rourke (No. 3265)
O'ROURKE LAW OFFICE, LLC
1201 N. Orange Street
Suite 7260
Wilmington, DE 19801-1186
(484) 770-8046
gorourke@orourkefirm.com
*Attorneys for Defendant TeamConnect, LLC*

*/s/ Andrew E. Russell*
Karen E. Keller (No. 4489)
Jeff Castellano (No. 4837)
Andrew E. Russell (No. 5328)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
jcastellano@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendants EPay Systems, Inc. and CompanyCam, Inc.*

|  |  |
|---|---|
| Dated: March 18, 2020 | */s/ Stephanie E. O'Byrne*<br>David Ellis Moore (No. 3983)<br>Stephanie E. O'Byrne (No. 4446)<br>Bindu Ann George Palapura (No. 5370)<br>Tracey E. Timlin (No. 6469)<br>POTTER ANDERSON & CORROON, LLP<br>1313 N. Market St., Hercules Plaza<br>6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>bpalapura@potteranderson.com<br>dmoore@potteranderson.com<br>sobyrne@potteranderson.com<br>ttimlin@potteranderson.com<br>*Attorneys for Defendant Mize, Inc. and Replicon Software, Inc.* |

SO ORDERED this _____ day of _____, 2020.

_____
United States District Judge