IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROTHSCHILD DIGITAL CONFIRMATION, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ACUMATICA, INC., *et al*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 19-1108-MN <br><br> **CONSOLIDATED** |

## STIPULATION FOR EXTENSION OF TIME TO DEADLINES

The parties hereby stipulate and agree, subject to the approval of the Court, that the deadline to submit a joint status report regarding the defendants that did not move to dismiss is extended from March 27, 2020 to April 3, 2020 and the time to file the protective order be extended from March 26, 2020 to April 2, 2020.

| | |
|---|---|
| */s/ Stamatios Stamoulis* | */s/ Andrew E. Russell* |
| Stamatios Stamoulis (No. 4606) | Karen E. Keller (No. 4489) |
| Richard Charles Weinblatt (No. 5080) | Jeff Castellano (No. 4837) |
| STAMOULIS & WEINBLATT LLC | Andrew E. Russell (No. 5328) |
| 800 N. West Street, Third Floor | Nathan R. Hoeschen (No. 6232) |
| Wilmington, DE 19801 | SHAW KELLER LLP |
| (302) 999-1540 | I.M. Pei Building |
| stamoulis@swdelaw.com | 1105 North Market Street, 12th Floor |
| weinblatt@swdelaw.com | Wilmington, DE 19801 |
| *Attorneys for Plaintiffs* | (302) 298-0700 |
| | kkeller@shawkeller.com |
| | jcastellano@shawkeller.com |
| | nhoeschen@shawkeller.com |
| | *Attorneys for Defendants EPay Systems, Inc.* |

|  |  |
|---|---|
| Dated: March 26, 2020 | */s/ David E. Moore*<br>David Ellis Moore (No. 3983)<br>Stephanie E. O'Byrne (No. 4446)<br>Bindu Ann George Palapura (No. 5370)<br>Tracey E. Timlin (No. 6469)<br>POTTER ANDERSON & CORROON, LLP<br>1313 N. Market St., Hercules Plaza<br>6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>bpalapura@potteranderson.com<br>dmoore@potteranderson.com<br>sobyrne@potteranderson.com<br>ttimlin@potteranderson.com<br>*Attorneys for Defendant Mize, Inc. and Replicon Software, Inc.* |

SO ORDERED this _____ day of _____, 2020.

_____
United States District Judge