**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ROTHSCHILD DIGITAL CONFIRMATION, LLC, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| ACUMATICA, INC. | ) ) ) |
| Defendant. | ) |

C.A. No. 19-1108-MN
(Consolidated)

**JURY TRIAL DEMANDED**

## STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO ANSWER, MOVE, OR RESPOND TO THE COMPLAINT

WHEREAS, Plaintiff Rothschild Digital Confirmation, LLC and Defendant Replicon Software, Inc. ("Replicon") (together, "the parties") have previously stayed their litigation (C.A. No. 19-1601), which stay expired March 20, 2020 (D.I. 36); and

WHEREAS, Replicon had not filed an Answer or otherwise moved to dismiss prior to the stay; and

WHEREAS, on March 11, 2020, the Court heard oral arguments on the motions to dismiss (under 35 U.S.C. § 101) filed by Defendants CompanyCam, Inc., TeamConnect, LLC, Field Agent, Inc., and Terrago Technologies, Inc. ("the moving Defendants"). The Court indicated that a formal Order granting these Defendants' motions would be forthcoming, and since that time, the moving Defendants have since been dismissed from the consolidated case voluntarily by RDC or by stipulation;

WHEREAS, RDC and Replicon are currently discussing the content of a Joint Status Report due on April 3, 2020 (D.I. 51); and

WHEREAS, in view of the expiration of the stay, Replicon seeks an extension on its time to Answer, move or otherwise respond to the Complaint should its action proceed; and

WHEREAS, RDC does not oppose the setting of an answer date;

NOW THEREFORE, it is hereby stipulated and agreed, subject to and upon the approval of the Court, that Replicon's deadline to Answer, move or otherwise respond to the Complaint in this case shall be extended to and including April 30, 2020.

|  |  |
|---|---|
|  | Respectfully submitted, |
| STAMOULIS & WEINBLATT LLC | POTTER ANDERSON & CORROON LLP |
| By: */s/ Stamatios Stamoulis* <br> Stamatios Stamoulis (#4606) <br> Richard C. Weinblatt (#5080) <br> 800 N. West Street, Third Floor <br> Wilmington, DE 19801 <br> Tel: (302) 999-1540 <br> stamoulis@swdelaw.com <br> weinblatt@swdelaw.com | By: */s/ Stephanie E. O'Byrne* <br> David E. Moore (#3983) <br> Bindu A. Palapura (#5370) <br> Stephanie E. O'Byrne (#4446) <br> Tracey E. Timlin (#6469) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE 19801 <br> Tel: (302) 984-6000 <br> dmoore@potteranderson.com <br> bpalapura@potteranderson.com <br> sobyrne@potteranderson.com <br> ttimlin@potteranderson.com |
| *Attorney for Plaintiff Rothschild Digital Confirmation, LLC* |  |
| Dated: March 31, 2020 <br> 6636557 / 49554 | *Attorneys for Defendant Replicon Software, Inc.* |

IT IS SO ORDERED, this _____ day of _____ 2020.

_____
U.S.D.J.