# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROTHSCHILD DIGITAL CONFIRMATION, LLC, )<br>)<br>)<br>Plaintiff,                              )<br>)<br>v.                                           )<br>)<br>REPLICON SOFTWARE, INC.,            )<br>)<br>Defendant.                             ) | Lead C.A. No. 1:19-cv-1108-MN<br>        (Consolidated)<br>Member C.A. No. 1:19-cv-01601-MN |

## NOTICE OF DISMISSAL OF COMPLAINT WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Rothschild Digital Confirmation, LLC ("Plaintiff") notices the dismissal without prejudice of this action. Because the defendant has not answered or filed a motion for summary judgment, there is no requirement for a court order and the dismissal takes immediate effect.

Dated: April 7, 2020

By: */s/ Stamatios Stamoulis*
Stamatios Stamoulis #4606
800 N. West Street, Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com

## CERTIFICATE OF SERVICE

I, Stamatios Stamoulis, certify that on April 7, 2020 this document was electronically filed with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis