# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROTHSCHILD DIGITAL CONFIRMATION, LLC, | ) ) ) |
| Plaintiff, | ) C.A. No. 19-1108-MN ) (Consolidated) |
| v. | ) ) **JURY TRIAL DEMANDED** |
| ACUMATICA, INC. | ) ) |
| Defendant. | ) ) |

## STIPULATION AND [PROPOSED] ORDER
## CONTINUING STAY OF ALL DEADLINES WITH RESPECT TO MIZE, INC.

WHEREAS, Plaintiff Rothschild Digital Confirmation, LLC and Defendant Mize, Inc. (together, "the parties") are discussing a mechanism for the resolution of this action, and require additional time to reach an agreement; and

WHEREAS, the parties have conferred and agree that a continuance of temporary stay of this action under the circumstances is in the best interest of all parties and promotes judicial economy;

NOW THEREFORE, it is hereby stipulated and agreed, subject to and upon the approval of the Court, that all deadlines in this case shall be stayed for an additional fourteen (14) days from the date of the Court's order. At or before the conclusion of the fourteen (14)-day period, the parties will either file a stipulation of dismissal or inform the Court of the status of possible resolution.

|  |  |
|---|---|
|  | Respectfully submitted, |
| STAMOULIS & WEINBLATT LLC | POTTER ANDERSON & CORROON LLP |
| By: */s/Stamatios Stamoulis* <br> Stamatios Stamoulis (#4606) <br> Richard C. Weinblatt (#5080) <br> 800 N. West Street, Third Floor <br> Wilmington, DE  19801 <br> Tel:  (302) 999-1540 <br> stamoulis@swdelaw.com <br> weinblatt@swdelaw.com <br><br> *Attorney for Plaintiff Rothschild Digital Confirmation, LLC* | By: */s/ Stephanie E. O'Byrne* <br> David E. Moore (#3983) <br> Bindu A. Palapura (#5370) <br> Stephanie E. O'Byrne (#4446) <br> Tracey E. Timlin (#6469) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE  19801 <br> Tel:  (302) 984-6000 <br> dmoore@potteranderson.com <br> bpalapura@potteranderson.com <br> sobyrne@potteranderson.com <br> ttimlin@potteranderson.com <br><br> *Attorneys for Defendant Mize, Inc.* |

Dated:  April 13, 2020
6654017 / 49554

IT IS SO ORDERED, this _____ day of _____ 2020.

_____<br>
U.S.D.J.